**Motion Granted; Appeal Dismissed and Memorandum Opinion filed March 4, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-23-00711-CV

---

**AMINATO YAO AND YANNICK YAO, Appellants**

**V.**

**LAKEWOOD FOREST FUND INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1192834-101**

---

### MEMORANDUM OPINION

This is an appeal from a final judgment signed September 5, 2023. On January 24, 2024, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1). The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan.